IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| JERRY ERNEST LOPEZ,<br><br>                Plaintiff,<br><br>vs.<br><br>SALT LAKE COUNTY and ROAD HOME,<br><br>                Defendants. | ORDER OF DISMISSAL<br><br>Case No. 2:22-cv-00433-TC-DAO<br><br>District Judge Tena Campbell<br>Magistrate Judge Daphne A. Oberg |

On March 28, 2023, United States Magistrate Judge Daphne A. Oberg issued a Report & Recommendation (R&R) recommending that the court dismiss this case for failure to state a plausible claim for relief. The plaintiff was given fourteen days to file objections to the R&R. Nothing has been filed and the time for objections has passed.

The court has reviewed the matter and the R&R *de novo*, as required by 28 U.S.C. § 636(b)(1)(C). The court agrees that the case should be dismissed for failure to state a claim. Accordingly, the court adopts the R&R (ECF No. 14) in its entirety.

## ORDER

The court dismisses this action without prejudice for failure to state a claim.

DATED this 20th day of April, 2023.

BY THE COURT:

*Tena Campbell*
TENA CAMPBELL
U.S. District Court Judge

1